UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH AND SECURITY
TRUST OF WESTERN WASHINGTON,
*et al.*,

            Plaintiffs,

   v.

BAILEY WAYSEN, INC., d/b/a MJB
CONSTRUCTION,

            Defendant,

   v.

KEY BANK, N.A.,

            Garnishee.

Case No. MC19-0088RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

      This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Bailey Waysen, Inc., d/b/a MJB Construction, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Key Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on July 30, 2019, at Dkt. # 1-4.

      Dated this 31st day of July, 2019.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT